UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

|  |  |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION  ) ) ) ) ) ) | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Sandra Baker v. Bayer HealthCare Pharmaceuticals, Inc., et al.* | No. 3:11-cv-11027-DRH |
| *Jade Crocker v. Bayer HealthCare Pharmaceuticals, Inc., et al.* | No. 3:11-cv-11132-DRH |
| *Erica Fabian v. Bayer Corp., et al.* | No. 3:11-cv-10867-DRH |
| *Joyce Hawkins v. Bayer Corp., et al.* | No. 3:10-cv-12924-DRH |
| *Myranda Hinckley v. Bayer Corp., et al.* | No. 3:11-cv-12092-DRH |
| *Wendy Hudson v. Bayer Corp., et al.* | No. 3:11-cv-11689-DRH |
| *Charlotte McIntosh v. Bayer HealthCare Pharmaceuticals, Inc., et al.* | No. 3:11-cv-11283-DRH |
| *Amanda Naquin v. Bayer Corp., et al.* | No. 3:11-cv-10981-DRH |
| *Christina Pietzak v. Bayer Corp., et al.* | No. 3:11-cv-10860-DRH |
| *Kristal Ramirez v. Bayer HealthCare Pharmaceuticals, Inc., et al.* | No. 3:11-cv-12198-DRH |
| *Denise Sloan v. Bayer HealthCare Pharmaceuticals, Inc., et al.* | No. 3:11-cv-11029-DRH |
| *Emily Smith v. Bayer Corp., et al.* | No. 3:11-cv-12025-DRH |
| *Tracy and Jeffrey Spangler v. Bayer HealthCare Pharmaceuticals, Inc., et al.* | No. 3:11-cv-10691-DRH |
| *Nashlee Taylor v. Bayer Corp., et al.* | No. 3:11-cv-11645-DRH |
| *Susan Tedaldi v. Bayer Corp., et al.* | No. 3:11-cv-10837-DRH |

Case 3:11-cv-11132-DRH-PMF   Document 12   Filed 06/21/13   Page 2 of 2   Page ID #284

| | |
|---|---|
| *Monica Thompson v. Bayer Corp., et al.* | No. 3:11-cv-12029-DRH |
| *Misty Tyson  v. Bayer HealthCare Pharmaceuticals, Inc., et al.* | No. 3:10-cv-12678-DRH |
| *Debra West  v. Bayer HealthCare Pharmaceuticals, Inc., et al.* | No. 3:11-cv-11735-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  These matters are before the Court on defendant's Motion to Dismiss with Prejudice.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order granting the defendant's Motion to Dismiss entered on June 20, 2013, the above captioned cases are **DISMISSED with prejudice**. Each party shall bear their own costs.

                                                                           **NANCY J. ROSENSTENGEL,**
                                                                           **CLERK OF COURT**


                                                                           BY:   /s/*Sara Jennings*
                                                                                     **Deputy Clerk**

Dated:  June 21, 2013

David R. Herndon
2013.06.21
08:00:58 -05'00'

APPROVED:
          CHIEF JUDGE
          U. S. DISTRICT COURT

2